UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  06-80179-CR-DIMITROULEAS

      Plaintiff,

vs.

MICHAEL CHANCE,

      Defendant.

_____/

**O R D E R**

      THIS CAUSE is before the Court on the Court's November 29, 2022 Order Appointing Federal

Public Defender.  The Court requests a status report on this case on or before January 13, 2023.

      The Clerk shall mail a copy of this order to the Defendant.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of

January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Michael Chance, #12387-004
Atwater USP
United States Penitentiary
Inmate Mail Parcels
PO Box 019001
Atwater, CA  95301

Janice L. Bergmann, AFPD
Kimberley Abel, AUSA