UNITED STATS DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 23-81571-CIV-DIMITROULEAS
                                                                        (06-80179-CR-DIMITROULEAS)

     Plaintiff,

vs.

MICHAEL CHANCE,

     Defendant.
_____/

### ORDER GRANTING MOTION, SETTING SENTENCING HEARING

THIS CAUSE is before the Court on the Defendant's January 29, 2024 Motion to Vacate [DE-9]. The Court has considered the Government's March 11, 2024 Response. [DE-13]. The Motion to Vacate Count Four [DE-9] is Granted. Count Four will be vacated at the new sentencing date. The Court sets a new sentencing hearing on the remaining counts on **April 30, 2024 at 1:15 P.M.**

The Government will secure whatever writs or orders needed to assure Defendant's presence at the sentencing hearing. The Clerk will close 23-81571-CV and deny any pending motions as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of March, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Michael Chance, #12387-004
USP Coleman II
Inmate Mail Parcels
PO Box 1034
Coleman, FL  33521

Janice L. Bergmann, AFPD
Allyson Fritz, AUSA